**Order entered June 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01097-CR

### DANIEL MAVERO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA13-71667-L**

## ORDER

The Court **GRANTS** appellant's second motion for extension of time to file appellant's brief.

We **ORDER** appellant to file the brief within **TEN (10) DAYS** from the date of this order. No further extensions will be granted absent exigent circumstances.

/s/     ADA BROWN
        JUSTICE